Patricia Plaintiff
1333 Ashton Park Lane
Thousand Oaks, California, 91320
Email: atlast@roadrunner.com
Phone: 805.480.1222

In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Patricia Plaintiff<br><br>            Plaintiff<br>vs.<br><br>THE ANTHEM COMPANIES, INC,<br>an Indiana Corporation<br><br>            Defendants | Case No.  2:22-cv-07841-FLA-AS<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>STATEMENT OF PATRICIA LACY IN REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Judge Fernando L. Aenlle-Rocha<br><br>Date:         December 6, 2024<br>Time:         1:30 p.m.<br>Courtroom: 6B |

In the spirit of Thanksgiving, Plaintiff is thankful for Defendant's filing of Dkt #156, which confirms their violations, frivolous filings, and misstatements, as noted in Plaintiff's Dkt. #146, Dkt #150, and Dkt #155.  This case has been a one-way Defendant legal matter, in which playing solitaire rather than the Game of Life, which is *"about taking the moral high road and walking the appropriate path"* takes precedence.

Statement of Patricia Lacy in Reply to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint
Case No.  2:22-cv-07841-FLA-AS

1

Plaintiff could not *challenge the substance of Elevance Health's motion to dismiss,* as there is no substance to challenge. Unfortunately, Defendant is unskilled per State Bar Rules of Professional Conduct on understanding disability. He does not read or understand Plaintiff's filings, as if he did, he would not have filed Dkt. #156.

It takes a strong person with morals to tell the truth. If Plaintiff was dishonest, she would still be employed at Anthem, getting raises and bonuses and living comfortably, as opposed to living on a thin fixed income, and withheld income Plaintiff earned. Truth outweighs the hedonic treadmill. Greed to obtain money negates justice in a court of law. Practicing gratitude and a meaningful future for children, is not part of Defendant's scenario. There are various publications to conceal ill-gotten gains, one of which is through home loans as bribery to officials.

It will be up to the Judge how he rules on this case.

It is pleasantly astonishing the positive comments received from Plaintiff's Dkt #150. Plaintiff could not harm innocent people by denying their claims just because the Vice President and Director of Anthem who dictate the company's financial status, demanded she does so without reviewing their innocent client's file. Plaintiff was the voice of the voiceless. Defendants thrive on the opportunity to make money, underperformance, violate laws, with no regard who they harm. The cartels in Mexico have a similar agenda.

IN CONCLUSION:

Our Judge will determine the vision through this greed, control and injustice. With over two years of Defendant's desecrations and underwhelming, frivolous filings, they scratched the surface, and only obtained more surface.

Dated: November 27, 2024

*Patricia Lacy*
Patricia Lacy
Plaintiff

Statement of Patricia Lacy in Reply to Defendant's Motion to
Dismiss Plaintiff's Second Amended Complaint
Case No. 2:22-cv-07841-FLA-AS

2